# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **JAMES S. SPIKER** | **CASE NO. 3:20-CV-00517** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CORY M. SALTER, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

Considering the foregoing,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Dismiss Nautilus Insurance Company Without Prejudice [Doc. No. 47] is **GRANTED**.  Plaintiff's claims against Nautilus Insurance Company are **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs, and with Plaintiff's rights reserved against all other defendants.

**Monroe, Louisiana,** this 9th day of February, 2021.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**